

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2022

No. 04-22-00250-CV

**EX PARTE T.T**.

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2021W0607
Honorable Ron Rangel, Judge Presiding

# O R D E R

The State's Motion for Leave to File State's Amended Restricted Appellate Brief by Travis County Attorney is hereby GRANTED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court